UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LISA JACOBS,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) **CIVIL ACTION No.** ) **14-14695-NMG** |
| **ROBERT FARRELL,** | ) ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**GORTON, J.**

Plaintiff Lisa Jacobs initiated this action by filing a pro se complaint against the Clerk of Court. With her complaint, she filed a motion for leave to proceed in forma pauperis.

By Memorandum and Order dated June 3, 2015, the Court granted Jacob's motion and advised her that she must show cause why this action should not be dismissed, or she shall file an amended complaint.

The time for responding to the Court's June 3, 2015 Memorandum and Order expired on July 8, 2015. Having received no response to that Memorandum and Order, the above entitled action is hereby DISMISSED without prejudice. The Clerk shall enter a separate order of dismissal.

**So ordered.**

                                                /s/ Nathaniel M. Gorton
                                                Nathaniel M. Gorton
                                                United States District Judge

Dated July 23, 2015